41 A.3d 816

COMMONWEALTH of Pennsylvania, Respondent

v.

Malik BENNETT, Petitioner.

No. 89 EM 2011.

Supreme Court of Pennsylvania.

Jan. 3, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of January, 2012, the Application for Leave to File a Petition for Allowance of Appeal Out of Time is **DENIED,** without prejudice to Petitioner to file a Post Conviction Relief Act petition in the Court of Common Pleas of Philadelphia County requesting reinstatement of his allocatur rights *nunc pro tunc.*